**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



John P. Gustafson
United States Bankruptcy Judge

**Dated: August 18 2014**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 05-32520 |
| | ) | |
| James A. Shaffer, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Adv. Pro. No. 14-03079 |
| | ) | |
| James A. Shaffer, | ) | Judge John P. Gustafson |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CitiFinancial, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ADVERSARY PROCEEDING
### SCHEDULING ORDER

This case came before the court on August 8, 2014, for the initial pretrial scheduling conference on Plaintiff's Complaint for injunctive relief against Defendant for violation of 11 U.S.C. § 524 and 11 U.S.C. § 524(a)(2) ("Complaint"). [Doc. #1]. Attorney for Plaintiff appeared by phone.

Defendant, representing itself pro se, made no appearance at the hearing.

This pretrial scheduling order is entered pursuant to Fed. R. Bankr. P. 7016 and Fed. R. Civ. P. 16(b) and (d).

For good cause shown,

**IT IS ORDERED** that Plaintiff shall file a request for issuance of an alias summons **within 14 days,** with new pretrial conference and answer dates to be set therein by the Clerk. The alias summons shall be served within the time frame provided for by the Rules.

###